UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-61609-CIV-ALTONAGA/Brown

**FLORIDA ESTATE HOME BUILDERS, LLC**,

    Plaintiff,

vs.

**CHEVY CHASE BANK, F.S.B.**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The Court's Notice of October 9, 2009 [D.E. 6] required counsel for the removing party to file and serve a *Removal Status Report* no later than October 22, 2009. The Notice advised Defendant, Chevy Chase Bank, F.S.B. ("Chevy Chase"), that failure to file a timely *Removal Status Report* would be grounds for remand. To date, Chevy Chase has failed to file the *Removal Status Report*. Accordingly, it is

**ORDERED AND ADJUDGED** that Chevy Chase shall comply with the Notice requiring the filing of a *Removal Status Report* by **October 30, 2009**. Failure to file a *Removal Status Report* shall result in an order of remand without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2009.

                                                                           **CECILIA M. ALTONAGA**
                                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record